In the Matter of the General Assignment of JAMES N. TOWNSEND et al.

(Argued March 1, 1887, decided March 8, 1887.)

*Nathaniel C. Moak* for appellant.

*L. A. Gould* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.

---

TRUMAN SYMSON, Appellant, *v.* HANNIBAL S SELHEIMER et al., Respondents.

(Argued March 1, 1887; decided March 8, 1887.)

*Nathaniel Foote* for appellants

*John H White* for respondents

Order of General Term modified by providing that plaintiff's motion to amend is granted, upon his consenting to postpone the lien of his judgment to those existing on October 5, 1885, as to all real estate embraced in the assignment of the judgment debtor, dated December 15, 1884, otherwise denied.

All concur

Ordered accordingly.